**(Official Form 1) (12/03)**

| FORM B1 | **United States Bankruptcy Court**<br>**District of New Jersey** | **Voluntary Petition** |
|---|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**ChampionsWorld, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 6 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 6 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all):<br>**13-4133560** | Last four digits of Soc. Sec. No. / Complete EIN or other Tax I.D. No.<br>(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, State & Zip Code):<br>**250 Moonachie Road, 2nd Floor**<br>**Moonachie, NJ 07074** | Street Address of Joint Debtor (No. & Street, City, State & Zip Code): |
| County of Residence or of the<br>Principal Place of Business:  **Bergen** | County of Residence or of the<br>Principal Place of Business: |
| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Information Regarding the Debtor (Check the Applicable Boxes)**

**Venue** (Check any applicable box)
■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.
☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

| **Type of Debtor** (Check all boxes that apply) | | **Chapter or Section of Bankruptcy Code Under Which the Petition is Filed** (Check one box) |
|---|---|---|
| ☐ Individual(s) | ☐ Railroad | ☐ Chapter 7    ■ Chapter 11    ☐ Chapter 13 |
| ■ Corporation | ☐ Stockbroker | ☐ Chapter 9    ☐ Chapter 12 |
| ☐ Partnership | ☐ Commodity Broker | ☐ Sec. 304 - Case ancillary to foreign proceeding |
| ☐ Other_____ | ☐ Clearing Bank | |

| **Nature of Debts** (Check one box) | **Filing Fee** (Check one box) |
|---|---|
| ☐ Consumer/Non-Business    ■ Business | ■ Full Filing Fee attached |
| | ☐ Filing Fee to be paid in installments (Applicable to individuals only.) Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form No. 3. |

**Chapter 11 Small Business** (Check all boxes that apply)
☐ Debtor is a small business as defined in 11 U.S.C. § 101
☐ Debtor is and elects to be considered a small business under 11 U.S.C. § 1121(e) (Optional)

**Statistical/Administrative Information** (Estimates only)    THIS SPACE IS FOR COURT USE ONLY
■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

| Estimated Number of Creditors | 1-15 ☐ | 16-49 ☐ | 50-99 ■ | 100-199 ☐ | 200-999 ☐ | 1000-over ☐ | | |
|---|---|---|---|---|---|---|---|---|

| Estimated Assets | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Estimated Debts | $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | More than $100 million |
|---|---|---|---|---|---|---|---|---|
| | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ |

(Official Form 1) (12/03) FORM B1, Page 2

## Voluntary Petition
*(This page must be completed and filed in every case)*

Name of Debtor(s):
**ChampionsWorld, LLC**

### Prior Bankruptcy Case Filed Within Last 6 Years (If more than one, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |

### Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Exhibit A
(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B
(To be completed if debtor is an individual whose debts are primarily consumer debts)
I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter.

X _____
Signature of Attorney for Debtor(s)       Date

### Exhibit C
Does the debtor own or have possession of any property that poses a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.
■ No

### Signature of Attorney

X **/s/ Daniel M. Eliades DME-6203**
Signature of Attorney for Debtor(s)
**Daniel M. Eliades DME-6203**
Printed Name of Attorney for Debtor(s)
**Forman Holt & Eliades LLC**
Firm Name
**218 Route 17 North
Rochelle Park, NJ 07662**
Address
**(201) 845-1000**
Telephone Number
**January 13, 2005**
Date

### Signature of Non-Attorney Petition Preparer
I certify that I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110, that I prepared this document for compensation, and that I have provided the debtor with a copy of this document.

_____
Printed Name of Bankruptcy Petition Preparer

_____
Social Security Number (Required by 11 U.S.C.§ 110(c).)

_____
Address

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

X _____
Signature of Bankruptcy Petition Preparer

_____
Date

A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both.  11 U.S.C. § 110; 18 U.S.C. § 156.

### Signature of Debtor (Corporation/Partnership)
I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.
The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Charles Stilliatano**
Signature of Authorized Individual
**Charles Stilliatano**
Printed Name of Authorized Individual
**Managing Member**
Title of Authorized Individual
**January 13, 2005**
Date

In re **ChampionsWorld, LLC** _____   Case No. _____
                              Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101(30), or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 1. US Soccer Federation<br>1801 south Prairie Avenue<br>Chicago, IL 60616 | US Soccer Federation<br>1801 south Prairie Avenue<br>Chicago, IL 60616 | | Contingent<br>Unliquidated<br>Disputed | 724,123.59 |
| 2. CSA<br>237 Metcalf Street<br>Ottawa, ON CANADA<br>K2P 1R2 | CSA<br>237 Metcalf Street<br>Ottawa, ON CANADA | | Contingent<br>Unliquidated<br>Disputed | 195,928.15 |
| 3. Drew & Rogers, Inc.<br>30 Plymouth Street<br>Fairfield, NJ 07004 | Drew & Rogers, Inc.<br>30 Plymouth Street<br>Fairfield, NJ 07004 | | Undetermined | 142,840.68 |
| 4. Executive Jet<br>4556 Airport Road<br>Cincinnati, OH 45226 | Executive Jet<br>4556 Airport Road<br>Cincinnati, OH 45226 | | Undetermined | 107,595.28 |
| 5. Four Seasons Hotel<br>1 Logan Square<br>Philadelphia, PA 19103 | Four Seasons Hotel<br>1 Logan Square<br>Philadelphia, PA 19103 | | Undetermined | 89,861.06 |
| 6. Iris Promotional Marketing, Ltd.<br>1st Floor, Bankside Central<br>76-80 Southwark St.<br>London, England SE1 0PN | Iris Promotional Marketing, Ltd.<br>1st Floor, Bankside Central<br>76-80 Southwark St. | | Undetermined | 81,000.00 |
| 7. Hilton Shorthills<br>41 JFK Parkway<br>Short Hills, NJ 07078 | Hilton Shorthills<br>41 JFK Parkway<br>Short Hills, NJ 07078 | | Undetermined | 68,370.03 |
| 8. Celtic<br>Celtic Park<br>Glasgow, G40 3RE | Celtic<br>Celtic Park<br>Glasgow, G40 3RE | | Undetermined | 67,980.58 |
| 9. Hilton Pittsburgh<br>300 Common Wealth Place<br>Pittsburgh, PA 15222 | Hilton Pittsburgh<br>300 Common Wealth Place<br>Pittsburgh, PA 15222 | | Undetermined | 64,043.12 |

| | | | | |
|---|---|---|---|---|
| 10. Traphagen & Traphagen<br>234 Kinderkamack Road<br>Oradell, NJ 07649 | Traphagen & Traphagen<br>234 Kinderkamack Road<br>Oradell, NJ 07649 | | Undetermined | 62,120.00 |
| 11. Hilton E. Brunswick<br>3 Tower Center Blvd.<br>East Brunswick, NJ 08816 | Hilton E. Brunswick<br>3 Tower Center Blvd.<br>East Brunswick, NJ 08816 | | Undetermined | 59,475.21 |
| 12. The Westin Philadelphia<br>99 South 17th Street<br>Philadelphia, PA 19103 | The Westin Philadelphia<br>99 South 17th Street<br>Philadelphia, PA 19103 | | Undetermined | 56,922.06 |
| 13. Haymarket Publishing<br>174 Hammersmith Road<br>London, England<br>W6 7JP | Haymarket Publishing<br>174 Hammersmith Road<br>London, England | | Undetermined | 51,889.93 |
| 14. ESPN Radio<br>2 Penn Plaza, 17th Floor<br>New York, NY 10121 | ESPN Radio<br>2 Penn Plaza, 17th Floor<br>New York, NY 10121 | | Undetermined | 50,000.00 |
| 15. ProExcel<br>130 Country Courthouse Road<br>New Hyde Park, NY 11040 | ProExcel<br>130 Country Courthouse Road<br>New Hyde Park, NY 11040 | | Undetermined | 44,458.56 |
| 16. The Ardian Group, Inc.<br>137 Commons Court<br>Chadds Ford, PA 19317 | The Ardian Group, Inc.<br>137 Commons Court<br>Chadds Ford, PA 19317 | | Undetermined | 41,062.26 |
| 17. The Westin Harbour Castle<br>1 Harbour Square<br>Toronto, On CANADA M8Z 5X2 | The Westin Harbour Castle<br>1 Harbour Square<br>Toronto, On CANADA M8Z 5X2 | | Undetermined | 41,027.60 |
| 18. The Fairmount Chicago<br>200 North Columbus Drive<br>Chicago, IL 60601 | The Fairmount Chicago<br>200 North Columbus Drive<br>Chicago, IL 60601 | | Undetermined | 39,295.73 |
| 19. James Champan & Co.<br>76 King Street<br>Manchester, England M2 4NH | James Champan & Co.<br>76 King Street<br>Manchester, England M2 4NH | | Undetermined | 37,665.66 |
| 20. Viacom-Outdoor<br>185 US Highway 46<br>Fairfield, NJ 07004 | Viacom-Outdoor<br>185 US Highway 46<br>Fairfield, NJ 07004 | | Undetermined | 35,698.56 |

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the Managing Member of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing List of Creditors Holding 20 Largest Unsecured Claims and that it is true and correct to the best of my information and belief.

Date January 13, 2004                    Signature /s/ Charles Stilliatano
                                          Charles Stilliatano
                                          Managing Member

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
**District of New Jersey**

In re **ChampionsWorld, LLC**

Debtor(s)

Case No.

Chapter **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: **January 13, 2005**

**/s/ Charles Stilliatano**
**Charles Stilliatano**/**Managing Member**
Signer/Title

Air Miles Travel
Astral Towers, Betts Way
London Road
Crawley, West Sussex, RH102XY


Alp Travel, Inc.
1029 Main Street, 2nd Floor
Paterson, NJ 07503


America Oggi
55 Bergenline Avenue
Westwood, NJ 07675


AS Roma
Via di Trigoria km 3,6
Rome, Italy 00128


AT&T
P.O. Box 2969
Omaha, NE 68103-2969


Brighton Entertainment
250 West 57th Street
Suite 818
New York, NY 10019


Broadcast Service Group, Inc.
1000 Universal Studios Plaza, Bld. 22
Orlando, FL 32819


Carlson-Wagonlit Travel
1070 Ocean Avenue
Rumson, NJ 07760


Catering Specialists, LLC
P.O. Box 92488
Rochester, NY 14692


Celtic
Celtic Park
Glasgow, G40 3RE


Celtic FC
Celtic Park
Glasgow, G40 3RE

Character Distribution

Clark Companies
P.O. Box 427
Delhi, NY 13753

Comcast SportsNet
S.A.L.P.
P.O. Box 2424
Philadelphia, PA 19147

Comcast Spotlight
P.O. Box 21349
Seattle, WA 98111-3349

Consolidated Dairies, Inc.
454 Main Avenue
Wallington, NJ 07057

Consultants Marketing Network
2434 West Division Street
Chicago, IL 60622

Crowne Plaza
50 Morgan Street
Hartford, CT 06120

CSA
237 Metcalf Street
Ottawa, ON CANADA
K2P 1R2

Dell Commercial Credit
P.O. Box 9020
Des Moines, IA 50368-9020

Dell Financial Services
P.O. Box 5292
Carol Stream, IL 60197-5292

Drew & Rogers, Inc.
30 Plymouth Street
Fairfield, NJ 07004

```
Eagles Stadium Operator, LLC
One NovaCare Way
(NovaCare Complex)
Philadelphia, PA 19145-5996


ESPN Radio
2 Penn Plaza, 17th Floor
New York, NY 10121


Essex House NY
160 Central Park South
New York, NY 10019


Executive Jet
4556 Airport Road
Cincinnati, OH 45226


Family Financial Group
270 South Main Street
Suite 302
Flemington, NJ 08822


Firstwave
2859 Paces Ferry Road
Suite 100
Atlanta, GA 30339


Four Seasons Hotel
1 Logan Square
Philadelphia, PA 19103


Galatasaray
Hesnun Galip Sokak No 7
Beyoglu, Istanbul
80070


Haymarket Publishing
174 Hammersmith Road
London, England
W6 7JP


Hilton E. Brunswick
3 Tower Center Blvd.
East Brunswick, NJ 08816
```

Hilton Pittsburgh
300 Common Wealth Place
Pittsburgh, PA 15222


Hilton Shorthills
41 JFK Parkway
Short Hills, NJ 07078


Host Communications
546 East Main Street
Lexington, KY 40508


International Merchandising Corp.
1360 East Ninth Street
Suite 100
Cleveland, OH 44114-1782


Iris Promotional Marketing, Ltd.
1st Floor, Bankside Central
76-80 Southwark St.
London, England SE1 0PN


James Champan & Co.
76 King Street
Manchester, England M2 4NH


Jim Moonier
1006 Mokulua Drive
Kailua, HI 96734


KDKA-TV
21251 Network Place
Chicago, IL 60673-1251


KOMO AM
140 4th Avenue North
Suite 340
Seattle, WA 98109


KYW TV3
Indepndence Mall East
Philadelphia, PA 19106

Luso Americano
88 Ferry Street
Newark, NJ 07105

Mario DiCuollo
266 North Avenue
Fanwood, NJ 07023

Marketing Advertising Promotions, Inc.
Four Edison Place
Fairfield, NJ 07004

Markowitz
108 19th Street
Pittsburgh, PA 15222

New York Football Giants
Giants Stadium
East Rutherford, NJ 07073

Nextel
P.O. Box 17990
Denver, CO 80217-0990

Nike
One Bowerman Drive, JM-1
Beaverton, OR 97005

North Jersey Tobacco
78-82 Main Street
Hackensack, NJ 07601

Omni Hotel
530 William Penn Place
Pittsburgh, PA 15219

Philadelphia Newspapers, Inc.
P.O. Box 8263
Philadelphia, PA 19101

ProExcel
130 Country Courthouse Road
New Hyde Park, NY 11040

```
Qwest
P.O. Box 856169
Louisville, KY 40285-6169


Rogers Sportnet
333 Bloor Street E, 6th Floor
Toronto, on CANADA M4W 1G9


Rutgers University
83 Rockefeller Road
Piscataway, NJ 08854-8053


Seattle Sounders
P.O. Box 80966
Seattle, WA 98124


Setanta Sport, Ltd.
501- 2nd Street
Suite 360
San Francisco, CA 94107


Sheraton Hartford
100 East River Drive
East Hartford, CT 06108


Sheraton Meadowlands
2 Meadowlands Plaza
East Rutherford, NJ 07073


Sheraton Seattle
1400 6th Avenue
Seattle, WA 98101


Sirk Productions
12 West 31 Street
Floor 5
New York, NY 10001


Sport Service
Soldier Field
1410 South Museum Campus Drive
Chicago, IL 60605
```

SPT Portuguese Television
283 East Kinney Street
Newark, NJ 07105


Status Promotions& Marketing, Inc.
P.O. Box 5185
Newark, NJ 07105


The Ardian Group, Inc.
137 Commons Court
Chadds Ford, PA 19317


The Fairmount Chicago
200 North Columbus Drive
Chicago, IL 60601


The Westin Harbour Castle
1 Harbour Square
Toronto, On CANADA M8Z 5X2


The Westin Philadelphia
99 South 17th Street
Philadelphia, PA 19103


The Westin Seattle
1900 5th Avenue
Seattle, WA 98101


The Wyan Group
30 Plymouth Street
Fairfield, NJ 07004


Toronto Lynx Soccer Club
100 The East Mall
Suite 11
Toronto, on CANADA M8Z 5X2


TPI Metro PA
P.O. Box 13327
Philadelphia, PA 19101


Traphagen & Traphagen
234 Kinderkamack Road
Oradell, NJ 07649

```
Tribesoft
2039 W. Wabansia Ave
Chicago, IL 60647


University of Toronto
55 Harbord Street
Room 2038 (Phys Ed & Health)
Toronto, On CANADA M5S 2W6


US Soccer Federation
1801 south Prairie Avenue
Chicago, IL 60616


USSF
1801 South Prairie Avenue
Chicago, IL 60616


Verizon
P.O. Box 4833
Trenton, NJ 08650-4833


Viacom-Outdoor
185 US Highway 46
Fairfield, NJ 07004


WCWB-TV
P.O. Box 601248
Charlotte, NC 28260-1248


WFAN
34-12 36th Street
Astoria, NY 11106


WJFD Radio
270 Union Street
New Bedford, MA 02740


WNPA-TV
P.O. Box 13474
Newark, NJ 07188-0474


Worldwide Express
6120 Saint Giles Street #250
Raleigh, NC 27612
```

```
XO Communications
8851 Sandy Parkway
Sandy, UT 84070


YES Network
Chrysler Building
405 Lexington Avenue
36th Floor
New York, NY 10174-2699
```