# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

In re CHAMPIONSWORLD, LLC  
Debtor

Case No. 05-11194 (MS)

## INITIAL MONTHLY OPERATING REPORT

File report and attachments with Court and submit copy to United States Trustee within 15 days after order for relief

Certificates of insurance must name United States Trustee as a party to be notified in the event of policy cancellation. Bank accounts and checks must bear the name of the debtor, the case number, and the designation "Debtor in Possession." Examples of acceptable evidence of Debtor in Possession Bank accounts include voided checks, copy of bank deposit agreement/certificate of authority, signature card, and/or corporate checking resolution.

| REQUIRED DOCUMENTS | Document Attached | Explanation Attached |
|---|---|---|
| 12-Month Cash Flow Projection (Form IR-1) | X | |
| Certificates of Insurance: | | |
| Workers Compensation | X | |
| Property | X | |
| General Liability | X | |
| Vehicle | N/A | |
| Other: | X | |
| Evidence of Debtor in Possession Bank Accounts | | |
| Tax Escrow Account | | X |
| General Operating Account | | X |
| Other: | | |
| Other: | | |

I declare under penalty of perjury (28 U.S.C. Section 1746) that this report and the documents attached are true and correct to the best of my knowledge and belief.

_____  
Signature of Debtor

_____  
Date

_____  
Signature of Joint Debtor

_____  
Date

_____  
Signature of Authorized Individual*

February 1, 2005  
Date

Lino DiCuollo  
Printed Name of Authorized Individual

Sr. Vice President of Legal and Finance  
Title of Authorized Individual

*Authorized individual must be an officer, director or shareholder if debtor is a corporation; a partner if debtor is a partnership; a manager or member if debtor is a limited liability company.

FORM IR  
(9/99)

Explanation to information pertaining to Bank Accounts.

On January 19, 2005, the Court entered an order authorizing the Debtor to maintain use of its current bank accounts. A copy of the Order is attached.

FORM IR
(9/99)

**Chubb Group of Insurance Companies**
15 Mountain View Road
Warren, New Jersey 07059

CHUBB

*Power Source*[sm]
*General Terms and Conditions Section*

---

**DECLARATIONS**

EXECUTIVE RISK INDEMNITY INC.
a stock insurance company, incorporated under the laws of Delaware, herein called the **Company**.

**Policy Number: 8170-6378**

THE LIABILITY COVERAGE SECTIONS (WHICHEVER ARE PURCHASED) PROVIDE CLAIMS MADE COVERAGE, WHICH APPLIES ONLY TO "CLAIMS" FIRST MADE DURING THE "POLICY PERIOD", OR ANY EXTENDED REPORTING PERIOD. THE LIMIT OF LIABILITY TO PAY DAMAGES OR SETTLEMENTS WILL BE REDUCED AND MAY BE EXHAUSTED UNLESS OTHERWISE PROVIDED HEREIN, BY "DEFENSE COSTS", AND "DEFENSE COSTS" WILL BE APPLIED AGAINST THE DEDUCTIBLE AMOUNT. READ THE ENTIRE POLICY CAREFULLY.

**Item 1.** Parent Corporation:
Principal Address:

ChampionsWorld, LLC
250 Moonachie Rd.
Moonachie, NJ 07074



**Item 2.** Policy Period:

(A) From 12:01 A.M. on December 16, 2003
(B) To 12:01 A.M. on December 16, 2004
Local time at the address shown in Item 1.

---

**Item 3.** Combined Maximum Aggregate Limit of Liability for all **Claims** under all **Liability Coverage Sections:**

$ 1,000,000.00

---

**Item 4.** Liability Coverage Sections:

| | Limit of Liability |
|---|---|
| (a) Directors and Officers Liability Coverage Section Maximum Aggregate Limit of Liability: | $ 1,000,000.00 |
| (b) Employment Practices Liability Coverage Section Maximum Aggregate Limit of Liability: | $ 1,000,000.00 |
| (c) Fiduciary Liability Coverage Section Maximum Aggregate Limit of Liability: | Not Covered |
| (d) Miscellaneous Professional Liability Coverage Section Maximum Aggregate Limit of Liability: | Not Covered |
| (e) Internet Liability Coverage Section Maximum Aggregate Limit of Liability: | Not Covered |

---

Item 5. Liability Coverage Options
C31767 (Ed. 04/01)    Page 1 of 18

Horan Goldman Companies
P O Box 527
Marlton NJ 03053       Form 14-02-4545

01/31/05 MON 12:21 [TX/RX NO 6001]

**Chubb Group of Insurance Companies**
15 Mountain View Road
Warren, New Jersey 07059

*Power Source*[sm]
*General Terms and Conditions Section*

(a) Directors and Officers Liability Coverage Section, Insuring Clause (C), Corporate Liability Coverage Is [X] Is Not [ ] available under this Policy.

(b) Directors and Officers Coverage Section, Section IV, Additional Limit of Liability Dedicated for Executives Is [ ] Is Not [X] available under this Policy.

(c) Employment Practices Liability Coverage Section, Insuring Clause (B), Third Party Liability Coverage Is [ ] Is Not [X] available under this Policy with a Limit of Liability Not Covered

(d) Fiduciary Liability Coverage Section, Insuring Clause (B), Voluntary Settlement Program Coverage Is [ ] Is Not [X] available under this Policy.

(e) Fiduciary Liability Coverage Section, Section IV, Defense Outside the Limits of Liability Coverage Coverage Is [ ] Is Not [X] available under this Policy.

**Item 6. Non-Liability Coverage Sections:**

| | Limit of Liability |
|---|---|
| (a) Crime Coverage Section, Insuring Clause (A), Employee Theft: | Not Covered |
| (b) Crime Coverage Section, Insuring Clause (B), Premises: | Not Covered |
| (c) Crime Coverage Section, Insuring Clause (C), In Transit: | Not Covered |
| (d) Crime Coverage Section, Insuring Clause (D), Forgery: | Not Covered |
| (e) Crime Coverage Section, Insuring Clause (E), Computer Fraud: | Not Covered |
| (f) Crime Coverage Section, Insuring Clause (F), Funds Transfer Fraud | Not Covered |
| (g) Crime Coverage Section, Insuring Clause (G), Money Orders andCounterfeit Currency Fraud: | Not Covered |
| (h) Crime Coverage Section, Insuring Clause (H), Credit Card Fraud: | Not Covered |
| (i) Crime Coverage Section, Insuring Clause (I), Client Coverage: | Not Covered |
| (j) Crime Coverage Section, Insuring Clause (J), Expense Coverage: | Not Covered |
| (k) Kidnap/Ransom and Extortion Section, Insuring Clause (A), Kidnapping and Extortion Threat Coverage: | Not Covered |
| (l) Kidnap/Ransom and Extortion Coverage Section, Insuring Clause (B), Custody Coverage: | Not Covered |
| (m) Kidnap/Ransom and Extortion Coverage Section, Insuring Clause (C), Expense Coverage: | Not Covered |
| (n) Kidnap/Ransom and Extortion Coverage Section, Insuring Clause (D), Accidental Loss Coverage: | Not Covered |

C31767 (Ed. 04/01)   Page 2 of 18   Form 14-02-4545

**Chubb Group of Insurance Companies**
15 Mountain View Road
Warren, New Jersey 07059

*Power Source*sm
*General Terms and Conditions Section*

---

(o) Kidnap/Ransom and Extortion Coverage Section Insuring Clause (D), Accidental Loss Coverage, **Loss of Life Benefit Amount:** — Not Covered

(p) Kidnap/Ransom and Extortion Coverage Section, Insuring Clause (D), Accidental Loss Coverage, Mutilation Benefit Amount: 25% of the **Loss of Life Benefit Amount.**

(q) Kidnap/Ransom and Extortion Coverage Section, Insuring Clause (D), Accidental Loss Coverage, All Other Accidental Loss Benefit Amount: 100% of the **Loss of Life Benefit Amount.**

(r) Kidnap/Ransom and Extortion Coverage Section, Insuring Clause (E), Legal Liability Costs Coverage: — Not Covered

(s) Workplace Violence Expense Coverage: — Not Covered

---

**Item 7.** Non-Liability Coverage Options

(a) Crime Coverage Section, Coverage under the selected Insuring Clauses (A through J) applies as: Loss Sustained ☐ Or Loss Discovered ☐

(b) Kidnap/Ransom and Extortion Coverage Section, Insuring Clause (F), Emergency Political Repatriation Expense Coverage Is ☐ Is Not ☒ Available under this Policy, with a Limit of Liability of: — Not Covered

---

**Item 8.** Deductible Amounts:

(a) Directors and Officers Liability Coverage Section, Insuring Clause (A), Individual Non-Indemnifiable Liability Coverage: — $0.00

(b) Directors and Officers Liability Coverage Section, Insuring Clause (B), Individual Indemnified Liability Coverage: — $25,000.00

(c) Directors and Officers Liability Coverage Section, Insuring Clause (C), Corporate Liability Coverage: — $25,000.00

(d) Employment Practices Liability Coverage Section, Insuring Clause (A), Employment Practices Liability Coverage: — $25,000.00

(e) Employment Practices Liability Coverage Section, Insuring Clause (B), Third Party Liability Coverage: — Not Covered

(f) Fiduciary Liability Coverage: — Not Covered

---

C31767 (Ed. 04/01)    Page 3 of 18    Form 14-02-4545

01/31/05 MON 12:21 [TX/RX NO 6001]



**Chubb Group of Insurance Companies**
15 Mountain View Road
Warren, New Jersey 07059

*Power Source*<sup>sm</sup>
*General Terms and Conditions Section*

| | |
|---|---|
| (g) Fiduciary Liability Coverage Section, Insuring Clause (B), Voluntary Settlement Program Coverage: | Not Covered |
| (h) Miscellaneous Professional Liability Coverage Section: | Not Covered |
| (i) Internet Liability Coverage Section: | Not Covered |
| (j) Crime Coverage Section, Insuring Clause (A), Employee Theft: | Not Covered |
| (k) Crime Coverage Section, Insuring Clause (B), Premises: | Not Covered |
| (l) Crime Coverage Section, Insuring Clause (C), In Transit: | Not Covered |
| (m) Crime Coverage Section, Insuring Clause (D), Forgery: | Not Covered |
| (n) Crime Coverage Section, Insuring Clause (E), Computer Fraud: | Not Covered |
| (o) Crime Coverage Section, Insuring Clause (F), Funds Transfer Fraud: | Not Covered |
| (p) Crime Coverage Section, Insuring Clause (G), Money Order and Counterfeit Currency Fraud Deductible: | Not Covered |
| (q) Crime Coverage Section, Insuring Clause (H), Credit Card Fraud: | Not Covered |
| (r) Crime Coverage Section, Insuring Clause (I), Client Coverage: | Not Covered |
| (s) Kidnap & Ransom Coverage: | Not Covered |
| (t) Workplace Violence Expense Coverage: | Not Covered |

**Item 9.** Extended Reporting Period:

| (A) Additional Period: | | (B) Additional Premium: | |
|---|---|---|---|
| 365 day | | 100 | % of Annual Premium |
| N/A | Year(s) | N/A | % of Annual Premium |
| N/A | Year(s) | N/A | % of Annual Premium |

**Item 10.** Pending or Prior Litigation Dates:

| | Date |
|---|---|
| (a) Directors and Officers Liability Coverage Section Insuring Clauses (A) and (B): | December 16, 2002 |
| (b) Directors and Officers Liability Coverage Section Insuring Clause (C): | December 16, 2002 |
| (c) Employment Practices Liability Coverage Section Insuring Clause (A): | December 16, 2002 |
| (d) Employment Practices Liability Coverage Section Insuring Clause (B): | N/A |
| (e) Fiduciary Liability Coverage Section Insuring Clause (A): | N/A |
| (f) Fiduciary Liability Coverage Section Insuring Clause (B): | N/A |
| (g) Miscellaneous Professional Liability Coverage Section: | N/A |
| (h) Internet Liability Coverage Section: | N/A |

C31767 (Ed. 04/01)      Page 4 of 18

Form 14-02-4545

01/31/05 MON 12:21 [TX/RX NO 6001]

**Chubb Group of Insurance Companies**
15 Mountain View Road
Warren, New Jersey 07059

*Power Source*[sm]
*General Terms and Conditions Section*

---

**Item 11. Retroactive Dates:**

|  | Date |
|---|---|
| (a) Miscellaneous Professional Liability Coverage Section: | N/A |
| (b) Internet Liability Coverage Section: | N/A |

---

**Item 12.** Professional Services under the Miscellaneous Professional Services Liability Coverage Section:

N/A

---

**Item 13.** Internet Site(s) under the Internet Liability Coverage Section:

N/A

---

**Item 14.** Other Covered Communications under the Internet Liability Coverage Section:

N/A

---

**Item 15.** Termination of Prior Policies:

8170-6378

---

**Item 16.** Policy Form and Endorsement Editions Attached at Issuance:

C31767 (4/01 ed.)
14-02-4169 (4/01 ed.)
14-02-6224 (10/01 ed.)

---

C31767 (Ed. 04/01)         Page 5 of 18                        Form 14-02-4545

01/31/05 MON 12:21 [TX/RX NO 6001]

**Chubb Group of Insurance Companies**
15 Mountain View Road
Warren, New Jersey 07059

*Power Source*sm
*General Terms and Conditions Section*

In witness whereof, the Company issuing this Policy has caused this Policy to be signed by its authorized officers, but it shall not be valid unless also signed by a duly authorized representative of the Company.

**EXECUTIVE RISK INDEMNITY INC.**

_Henry A Aulick_
Secretary

_[signature]_
President

12/22/03
Date

_Robert Hamburger_
Authorized Representative

C31767 (Ed. 04/01)        Page 6 of 18        Form 14-02-4545

**QUINCY MUTUAL FIRE INSURANCE COMPANY**
57 Washington Street • Quincy, MA 02169

SPECIAL FORM

BUSINESSOWNERS RENEWAL

| POLICY NUMBER | POLICY PERIOD | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|
| BO 812218 | 11/09/2004  11/09/2005 | QUINCY MUTUAL FIRE INS. CO. | 06077 |

| NAMED INSURED AND ADDRESS | AGENT |
|---|---|
| CHAMPIONS WORLD, LLC<br>C/O CHARLIE STILLITANO<br>250 MOONACHIE ROAD<br>MOONACHIE, NJ  07074 | NOTTINGHAM AGENCY, INC.<br>2277 ROUTE 33, SUITE 404<br>HAMILTON SQUARE, NJ  08690<br><br>(609) 587-1600 |

Optional Coverage:
   Business Personal Computer Coverage

Limit
$30,000

TOTAL ANNUAL PREMIUM FOR POLICY:   $1,124

FORMS AND ENDORSEMENTS
  Forms and endorsements made part of this policy at time of issue:
```
BP0002 0196    BP0006 0196    BP0009 0689    BP0417 0196    BP0419 0689
BP0428 0196    BP0523 1102    BP1004 0498    BP1005 0498    BP1207 0196
BP8012 0196    BP8023 0196    BP8026 1297    BP8029 0697    BP8134 1297
BP9077 0103    BP9196 0103    IL0003 0498    IL0208 0900    QM1000 1201
TDESFP 1102
```

_____ 11/8/04
Countersigned

Nottingham Agency, Inc.
_____ 11/01/2004
Authorized Representative

INSURED

# QUINCY MUTUAL FIRE INSURANCE COMPANY
57 Washington Street • Quincy, MA 02169

SPECIAL FORM

## BUSINESSOWNERS RENEWAL

| POLICY NUMBER | POLICY PERIOD | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|
| BO 812218 | 11/09/2004 11/09/2005 | QUINCY MUTUAL FIRE INS. CO. | 06077 |

**NAMED INSURED AND ADDRESS**

CHAMPIONS WORLD, LLC
C/O CHARLIE STILLITANO
250 MOONACHIE ROAD
MOONACHIE, NJ 07074

**AGENT**

NOTTINGHAM AGENCY, INC.
2277 ROUTE 33, SUITE 404
HAMILTON SQUARE, NJ 08690

(609) 587-1600

IN RETURN FOR THE PAYMENT OF THE PREMIUM, AND SUBJECT TO ALL THE TERMS OF THIS POLICY WE AGREE WITH YOU TO PROVIDE THE INSURANCE AS STATED IN THIS POLICY.

POLICY PERIOD 12:01 A.M. STANDARD TIME AT YOUR MAILING ADDRESS SHOWN ABOVE.

BUSINESS DESCRIPTION
    Form of Business  : LIMITED LIABILITY CO
    Insured's Business: SALES OFFICE

DESCRIBED PREMISES
 PREM  BLDG
  001   001   250 MOONACHIE RD, 2ND FLOOR, MOONACHIE, NJ  07074

DEDUCTIBLE:    $500   OPTIONAL COVERAGE DEDUCTIBLE: $250

Businessowners Extension Endorsement

LIABILITY AND MEDICAL PAYMENTS
Except for Fire Legal Liability, each paid claim for the following coverages reduces the amount of insurance we provide during the applicable annual period. Please refer to Paragraph D.4. of the Businessowners Liability Coverage Form.

|   | Limit |
|---|---|
| Liability and Medical Expenses<br>    Including:<br>        Non-Owned Auto/Hired Car | $1,000,000 |
| Medical Expenses, per person | $5,000 |
| Fire Legal Liability, any one fire or explosion | $50,000 |
| Employee Benefits Liability | $1,000,000 |

OPTIONAL PROPERTY COVERAGE
| | |
|---|---|
| Money and Securities, on premises | $10,000 |
| Money and Securities, off premises | $2,000 |
| Employee Dishonesty, per occurrence | $5,000 |

PROPERTY COVERAGE BY LOCATION
  PREMISES: 001  BUILDING: 001  250 MOONACHIE RD, 2ND FLOOR, MOONACHIE, NJ  07074
     Occupancy of Premises: Office
     Business Personal Property                              $50,000

NOV - 4 2004

Continued on Next Page

INSURED

01/31/05 MON 12:21 [TX/RX NO 6001]

# QUINCY MUTUAL FIRE INSURANCE COMPANY
57 Washington Street • Quincy, MA 02169

## WORKERS COMPENSATION POLICY
### RENEWAL POLICY

NJ TAXPAYER ID NO: 134133560000
NCCI NO: 32247

PRIOR POLICY NO: WC 812218

| POLICY NUMBER | POLICY PERIOD | COVERAGE IS PROVIDED IN THE | AGENCY |
|---|---|---|---|
| WC 812218 | 11/09/2004 — 11/09/2005 | QUINCY MUTUAL FIRE INS. CO. | 06077 |

### NAMED INSURED AND ADDRESS

1. CHAMPIONS WORLD, LLC
   C/O CHARLIE STILLITANO
   250 MOONACHIE RD., 2ND FLOOR
   MOONACHIE       NJ 07074

### AGENT

NOTTINGHAM AGENCY, INC.
2277 ROUTE 33, SUITE 404
HAMILTON SQUARE       NJ 08690
(609) 587-1600

NAMED INSURED IS: LIMITED LIABILITY CO (LLC)
OTHER WORKPLACES NOT SHOWN ABOVE: ON SCHEDULE ATTACHED IF APPLICABLE.
FEDERAL ID NO: 134133560      RISK ID NO:

2. POLICY PERIOD: FROM 11/09/2004 TO 11/09/2005
   12:01 AM STANDARD TIME AT THE INSURED'S MAILING ADDRESS.

3.A. WORKERS COMPENSATION INSURANCE: PART ONE OF THE POLICY APPLIES TO WORKERS COMPENSATION LAW OF THE STATES LISTED HERE: NJ

3.B. EMPLOYERS LIABILITY INSURANCE: PART TWO OF THE POLICY APPLIES TO WORK IN EACH STATE LISTED IN ITEM 3.A. THE LIMITS OF OUR LIABILITY UNDER PART TWO ARE:
   BODILY INJURY BY ACCIDENT   $1,000,000 EACH ACCIDENT
   BODILY INJURY BY DISEASE    $1,000,000 POLICY LIMIT
   BODILY INJURY BY DISEASE    $1,000,000 EACH EMPLOYEE

3.C. OTHER STATES INSURANCE: PART THREE OF THE POLICY APPLIES TO THE STATES, IF ANY, LISTED HERE: ALL STATES EXCEPT ND, OH, WA, WV, WY.

3.D. THIS POLICY INCLUDES THESE ENDORSEMENTS AND SCHEDULES:
   WC 00 00 00 A    WC 00 04 20 A    WC 29 03 06 A    WC 29 04 06 Q    WC 29 04 09 A
   WC 00 04 03      WC 29 03 07

4. THE PREMIUM FOR THIS POLICY WILL BE DETERMINED BY OUR MANUAL OF RULES, CLASSIFICATIONS, RATES AND RATING PLAN. ALL INFORMATION REQUIRED BELOW IS SUBJECT TO VERIFICATION AND CHANGE BY AUDIT:

| CLASSIFICATIONS (SEE EXTENSION OF INFORMATION PAGE) | CODE NO | PREMIUM BASIS TOTAL ESTIMATED ANNUAL REMUNERATION | RATE PER $100 OF REMUNERATION | ESTIMATED ANNUAL PREMIUM |
|---|---|---|---|---|

TOTAL ESTIMATED PREMIUM                                              $3,378.00
SECOND INJURY FUND SURCHARGE ( 6.790%)                               $240.00
UNINSURED EMPLOYERS FUND SURCHARGE ( 0.00%)                          $0.00
TERRORISM RISK INSURANCE CHARGE ( 3.000%) 9740                       $330.00
MINIMUM PREMIUM    $249.00        TOTAL ESTIMATED COST               $3,948.00
                                  DEPOSIT PREMIUM                    $3,948.00

COUNTERSIGNED BY AUTHORIZED REPRESENTATIVE: _Nottingham Agency, Inc._____   11/01/2004

CONTINUED ON NEXT PAGE

INSURED

# GUARDIAN™

GROUP ID: 00 709269
DIVISION ID: 0000

~~JOHN BONAGIC~~ *TIM KASSEL* VICE PRESIDENT
CHAMPIONSWORLD, L.L.C.
250 MOONACHIE ROAD
MOONACHIE     NJ 07074

DUE DATE: 07/01/04     #000436
MODE: ANNUAL
PAYROLL ID:
NO. OF PAYROLLS BILLED:
PAYROLLS PER YEAR:

DISABILITY POLICY


received 6/27/04


POSTED 6/29/04

**PAID**
6/29/04 #3018

PLEASE LIST ALL CHANGES IN EMPLOYEE AND DEPENDENT STATUS THAT HAVE OCCURRED SINCE YOUR LAST BILLING ON THE ENCLOSED CHANGE REPORT. THE CHANGE REPORT AND ENROLLMENT OR OTHER FORMS SHOULD BE SUBMITTED ALONG WITH YOUR PREMIUM PAYMENT IN THE ENCLOSED ENVELOPE.

BILLING INQUIRIES MAY BE DIRECTED TO:

1-888-278-4542
FAX NUMBER 610-807-7405

TOTAL NET PREMIUM: $ 2036.96

BILLING PERIOD:          07/01/04
TO AND INCLUDING:        06/30/05
GENERATED:               06/17/04

REGIONAL SALES OFFICE:   NJ SMALL GROUP
REGIONAL HOME OFFICE:    BETHLEHEM

RETAIN THIS COPY FOR YOUR RECORDS

ADDITIONAL SPACE PROVIDED ON REVERSE SIDE

*REPORT LAST DAY OF EMPLOYMENT FOR TERMINATED EMPLOYEES     ☐ ADDRESS CHANGE ENCLOSED

CHAMPIONSWORLD, L.L.C.

GUARDIAN
P O BOX 530157
ATLANTA     GA 30353-0157

I CERTIFY THAT THE INFORMATION REPORTED IS COMPLETE, ACCURATE AND IN ACCORDANCE WITH OUR PLAN PROVISIONS.

_T. Kassel_     6/29/04
AUTHORIZED SIGNATURE     DATE

PLEASE RETURN IN ENCLOSED ENVELOPE, MAKE SURE ADDRESS APPEARS IN WINDOW

01/31/05 MON 12:21 [TX/RX NO 6001]

ChampionsWorld LLC
Cash Flow Analysis
Available Stadium Revenue /
Canadian Withholding Tax
2005
SCENARIO A
DRAFT

| | 12/4/2004 | 12/18/2004 | 1/1/2005 | 1/15/2004 | 1/29/2005 | 2/12/2005 | 2/26/2005 | 3/12/2005 | 3/26/2005 | 4/9/2005 | 4/23/2005 | 5/7/2005 | 5/21/2005 | 6/4/2005 | 6/18/2005 | 7/2/2005 | 7/16/2005 | 7/30/2005 | 8/13/2005 | 8/27/2005 | 9/3/2005 | Total Gross Rev |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ENG vs ITA | | | | | | | 1,050,000.00 | 243,750.00 | 243,750.00 | 243,750.00 | 243,750.00 | 243,750.00 | 243,750.00 | 243,750.00 | 243,750.00 | | | | | | | 3,000,000.00 |
| Less: Sales / Service Tax | | | | | | | (63,000.00) | (14,625.00) | (14,625.00) | (14,625.00) | (14,625.00) | (14,625.00) | (14,625.00) | (14,625.00) | (14,625.00) | | | | | | | (180,000.00) |
| Less: Stadium Expenses | | | | | | | (578,050.00) | | | | | | | | | | | | | | | (578,050.00) |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| JUVE vs CHELSEA | | | | | | | | | | 350,000.00 | 256,250.00 | 256,250.00 | 256,250.00 | 256,250.00 | 256,250.00 | 256,250.00 | 256,250.00 | 256,250.00 | | | | 2,400,000.00 |
| Less: Sales / Service Tax | | | | | | | | | | (21,000.00) | (15,375.00) | (15,375.00) | (15,375.00) | (15,375.00) | (15,375.00) | (15,375.00) | (15,375.00) | (15,375.00) | | | | (144,000.00) |
| Less: Stadium Expenses | | | | | | | | | | (378,050.00) | | | | | | | | | | | | (378,050.00) |
| BARCA vs. JUVE | | | | | | | | | | 800,000.00 | 265,000.00 | 265,000.00 | 265,000.00 | 265,000.00 | 265,000.00 | 265,000.00 | 265,000.00 | 265,000.00 | | | | 2,920,000.00 |
| Less: Sales / Service Tax | | | | | | | | | | (136,000.00) | (45,050.00) | (45,050.00) | (45,050.00) | (45,050.00) | (45,050.00) | (45,050.00) | (45,050.00) | (45,050.00) | | | | (496,400.00) |
| Less: Stadium Expenses | | | | | | | | | | (433,050.00) | | | | | | | | | | | | (433,050.00) |
| | | | | | | | | | | | | | | | | | | | | | | |
| CHLESEA vs BARCA | | | | | | | | | | 400,000.00 | 315,000.00 | 315,000.00 | 315,000.00 | 315,000.00 | 315,000.00 | 315,000.00 | 315,000.00 | 315,000.00 | | | | 2,920,000.00 |
| Less: Sales / Service Tax | | | | | | | | | | (68,000.00) | (53,550.00) | (53,550.00) | (53,550.00) | (53,550.00) | (53,550.00) | (53,550.00) | (53,550.00) | (53,550.00) | | | | (496,400.00) |
| Less: Stadium Expenses | | | | | | | | | | (433,050.00) | | | | | | | | | | | | (433,050.00) |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | | | | | | |
| Total Avail Stadium Rev | - | - | - | - | - | - | 408,950.00 | 229,125.00 | 229,125.00 | 309,975.00 | 951,400.00 | 951,400.00 | 951,400.00 | 951,400.00 | 951,400.00 | 722,275.00 | 722,275.00 | 722,275.00 | - | - | - | 8,101,000.00 |
| | | | | | | | | | | | | | | | | | | | | | | |
| Canadian Withholding | | | | | | | | | | | | | | | | | | | | | | |
| JUVE vs BARCA | | | | | | | | | | (120,000.00) | (39,750.00) | (39,750.00) | (39,750.00) | (39,750.00) | (39,750.00) | (39,750.00) | (39,750.00) | (39,750.00) | | | | (438,000.00) |
| CHELSEA vs. BARCA | | | | | | | | | | (60,000.00) | (47,250.00) | (47,250.00) | (47,250.00) | (47,250.00) | (47,250.00) | (47,250.00) | (47,250.00) | (47,250.00) | | | | (438,000.00) |
| Total Canadian Withholding | | | | | | | | | | (180,000.00) | (87,000.00) | (87,000.00) | (87,000.00) | (87,000.00) | (87,000.00) | (87,000.00) | (87,000.00) | (87,000.00) | | | | (876,000.00) |

ChampionsWorld LLC
Estimated Cash Flow Analysis With Out US Federation Fees for 2005
YE: 12/31/05
SCENARIO A

**DRAFT**

| Month | 1/16/2004 | 1/29/2005 | 2/12/2005 | 2/26/2005 | 3/12/2005 | 3/26/2005 | 4/9/2005 | 4/23/2005 | 6/7/2005 | 6/21/2005 | 6/4/2005 | 6/18/2005 | 7/2/2005 | 7/16/2005 | 7/30/2005 | 8/13/2005 | 8/27/2005 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CW Beg Cash Balance | | - | - | (76,304) | (253,659) | (100,838) | 66,983 | (584,347) | (805,001) | (826,655) | (949,310) | (587,989) | (761,643) | (280,524) | (575,404) | 55,715 | (488,614) |
| **Cash In** | | | | | | | | | | | | | | | | | |
| Accounts Receivable | | | | | | | | | | | | | | | | | |
| Canadian Tax Refund Receivable | | | | | | | | | | | | | | | | | |
| Avail. Stadium Revenue | | - | - | 408,950 | 229,125 | 229,125 | 309,975 | 951,400 | 951,400 | 951,400 | 951,400 | 951,400 | 722,275 | 722,275 | 722,275 | | - |
| Sponsorship revenue | | | | | | | | | | | | 90,000 | | | 90,000 | | |
| FOX Revenue TV Media | | | | | | | | | | | | | | | | | |
| Parking and concession | | | | | | | | | | | | - | - | | - | - | |
| Merchandise Revenue | | | | | | | | | | | | - | - | | - | - | |
| One United Revenue | | | | | | | | | | | | | | | | | |
| **Total Revenues** | | - | - | 408,950 | 229,125 | 229,125 | 309,976 | 951,400 | 951,400 | 951,400 | 951,400 | 1,041,400 | 722,275 | 722,275 | 812,275 | - | - |
| Canadian tax refund | | | | | | | | | | | | | | | | | |
| **Total Cash In** | | - | - | 408,950 | 229,125 | 229,125 | 309,976 | 951,400 | 951,400 | 951,400 | 951,400 | 1,041,400 | 722,275 | 722,275 | 812,275 | - | - |
| **Cash Out** | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| | | | | | | | | | | - | | | | | | - | |
| | | | | | | | | | | | | | | | | | |
| **Event Expenses:** | | | | | | | | | | | | | | | | | |
| **Appearance Fees** | | | | | | | | | | | | | | | | | |
| ENG vs ITA | | | | | | | | | (550,000) | (550,000) | | | | | | | |
| JUVE vs CHELSEA | | | | | | | (250,000) | | (250,000) | | | (250,000) | | (250,000) | | | |
| BARCA vs JUVE | | | | | | | (250,000) | | (250,000) | | | (250,000) | | (250,000) | | | |
| CHELSEA vs BARCA | | | | | | | (250,000) | | (250,000) | | | (250,000) | | (250,000) | | | |
| | | | | | | | | | | | | | | | | | |
| **Appearance Fee Total** | | - | - | - | - | - | (750,000) | (660,000) | (750,000) | (660,000) | - | (750,000) | - | (750,000) | - | - | - |

Revised
12/02/04
1

ChampionsWorld LLC
Estimated Cash Flow Analysis With Out US Federation Fees for 2005
YE: 12/31/05
SCENARIO A

# DRAFT

| Month | 1/16/2004 | 1/29/2006 | 2/12/2006 | 2/26/2006 | 3/12/2006 | 3/26/2006 | 4/9/2006 | 4/23/2006 | 6/7/2006 | 6/21/2006 | 6/4/2006 | 6/18/2006 | 7/2/2006 | 7/16/2006 | 7/30/2006 | 8/13/2006 | 8/27/2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Match Travel Expense** | | | | | | | | | | | | | | | | | |
| ENG vs ITA | | | | (150,000) | | | | (75,000) | | (75,000) | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| JUVE vs CHELSEA | | | | (125,000) | | | | (75,000) | | (50,000) | | | | | | | |
| BARCA vs. JUVE | | | | (125,000) | | | | (75,000) | | (50,000) | | | | | | | |
| CHELSEA vs BARCA | | | | (125,000) | | | | (75,000) | | (50,000) | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| **Total Match Travel Expense** | - | - | - | (626,000) | - | - | - | (300,000) | - | (226,000) | - | - | - | - | - | - | - |
| **Hotels/Meals** | | | | | | | | | | | | | | | | | |
| ENG vs ARG | | | | | | | | (160,000) | | | | | | | | | |
| | | | | | | | | | | | | | | | | | |
| JUVE vs CHELSEA | | | | | | | | | | | | (96,000) | | | | | |
| BARCA vs. JUVE | | | | | | | | | | | | (96,000) | | | | | |
| CHELSEA vs BARCA | | | | | | | | | | | | (96,000) | | | | | |
| | | | | | | | | | | | | | | | | | |
| **Total Hotels/Meals** | - | - | - | - | - | - | - | (160,000) | - | - | - | (288,000) | - | - | - | - | - |
| **Other Match Expenses** | | | | | | | | | | | | | | | | | |
| Federation Fee | | | | | | | | | | | (423,025) | | | | | (423,025) | |
| Ground Transport | | | | | | | | | (45,000) | (90,000) | | | | (45,000) | | | |
| TV Production | | | | | | | | | - | - | | | | - | | | |
| Commissions | | | | | | | | | | | (15,000) | (25,000) | | | | | |
| Match Print Materials | | | | | | | | | (5,000) | (15,000) | | | | (20,000) | | | |
| Field Board Production | | | | | | | | | (11,000) | (22,000) | | | | (11,000) | | | |
| Event Staff | | | | | | | | | | | | | (20,000) | | | (20,000) | |
| Insurance | | | | | | | | | | | | | (40,000) | | | (40,000) | |
| Event Protocol | | | | | | | | | (10,000) | (20,000) | | | | (10,000) | | | |
| Miscellaneous | | | | | | | | | | | | | (29,101) | (29,101) | (29,101) | | |
| **Total Other Match Expenses** | - | - | - | - | - | - | - | - | (71,000) | (147,000) | (438,026) | (26,000) | (89,101) | (116,101) | (29,101) | (483,026) | - |
| | | | | | | | | | | | | | | | | | |
| **Total Event Expenses** | - | - | - | (626,000) | - | - | (760,000) | (1,010,000) | (821,000) | (922,000) | (438,026) | (1,063,000) | (89,101) | (866,101) | (29,101) | (483,026) | - |
| | | | | | | | | | | | | | | | | | |
| **Revenue splits** | | | | | | | | | | | | | | | | | |
| England | | | | | | | | | | | | | - | - | - | | |
| | | | | | | | | | | | | | | | | | |
| **Total Revenue Splits** | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - | - |

Revised
12/02/04
2

ChampionsWorld LLC
Estimated Cash Flow Analysis With Out US Federation Fees for 2005
YE: 12/31/05
SCENARIO A
**DRAFT**

| Month | 1/16/2004 | 1/29/2005 | 2/12/2005 | 2/26/2005 | 3/12/2005 | 3/26/2005 | 4/9/2005 | 4/23/2005 | 5/7/2006 | 5/21/2006 | 6/4/2006 | 6/18/2006 | 7/2/2006 | 7/16/2006 | 7/30/2006 | 8/13/2006 | 8/27/2006 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Other Expense | | | | | | | | | | | | | | | | | |
| Accounting | | | (16,000) | | (16,000) | | | (10,000) | | | | | | | | | (20,000) |
| Travel & Hotels | | | | | | | | | | | | | | | | | |
| Legal Expense | | | | | | | | | | | | | | | | | |
| Total Other Expenses | - | - | (16,000) | - | (16,000) | - | - | (10,000) | - | - | - | - | - | - | - | - | (20,000) |
| G&A Overhead Expenses | | | (61,304) | (61,304) | (61,304) | (61,304) | (61,304) | (61,304) | (61,304) | (61,304) | (61,304) | (61,304) | (61,304) | (61,304) | (61,304) | (61,304) | (61,304) |
| Canadian tax Withheld | | | | - | - | - | (150,000) | (90,760) | (90,760) | (90,760) | (90,760) | (90,760) | (90,760) | (90,760) | (90,760) | - | - |
| Accrued Interest | | | | | | | | | | | | | | | | | |
| Interim funding | | | | | | | | | | | | | | | | | |
| Member Loan Pymts | | | | | | | | | | | | | | | | | |
| Total Cash Out | - | - | (76,304) | (686,304) | (76,304) | (61,304) | (961,304) | (1,172,064) | (973,064) | (1,074,064) | (590,079) | (1,216,064) | (241,166) | (1,017,166) | (181,166) | (544,329) | (81,304) |
| Net Cash Flow | - | - | (76,304) | (263,669) | (100,838) | 66,983 | (684,347) | (806,001) | (826,656) | (949,310) | (687,989) | (761,643) | (280,524) | (676,404) | 56,715 | (488,614) | (569,918) |

Revised 12/02/04
3

ChampionsWorld LLC
Estimated Cash Flow Analysis With Out US Federation Fees for 2005
YE: 12/31/05
SCENARIO A
**DRAFT**

| Month | 9/3/2005 | 9/17/2005 | 10/1/2005 | 10/16/2005 | 10/29/2005 | 11/6/2005 | 11/19/2005 | 12/3/2005 | 12/17/2005 | 12/31/2005 | 3/31/2006 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CW Beg Cash Balance | (569,918) | (149,918) | (231,223) | (292,527) | (353,831) | (415,136) | (415,136) | (486,440) | (547,744) | (609,049) | (350,353) | - |
| **Cash In** | | | | | | | | | | | | |
| **Accounts Receivable** | | | | | | | | | | | | - |
| **Canadian Tax Refund Receivable** | | | | | | | | | | | | - |
| Avail. Stadium Revenue | - | - | - | - | - | - | - | - | - | - | - | 8,101,000 |
| Sponsorship revenue | 60,000 | | | | | | | | | | | 240,000 |
| FOX Revenue TV Media | | | | | | | | | | 320,000 | | 320,000 |
| Parking and concession | 160,000 | | | | | | | | | | | 160,000 |
| Merchandise Revenue | 200,000 | | | | | | | | | | | 200,000 |
| One United Revenue | | | | | | | | | | | | - |
| **Total Revenues** | 420,000 | - | - | - | - | - | - | - | - | 320,000 | - | 9,021,000 |
| Canadian tax refund | | | | | | | | | | | 876,000 | 876,000 |
| **Total Cash In** | 420,000 | - | - | - | - | - | - | - | - | 320,000 | 876,000 | 9,897,000 |
| **Cash Out** | | | | | | | | | | | | |
| | | | | | | | | | | | | - |
| | - | - | | | | | - | - | | - | - | - |
| | | | | | | | | | | | | - |
| **Event Expenses:** | | | | | | | | | | | | |
| **Appearance Fees** | | | | | | | | | | | | |
| ENG vs ITA | | | | | | | | | | | | (1,100,000) |
| | | | | | | | | | | | | - |
| JUVE vs CHELSEA | | | | | | | | | | | | (1,000,000) |
| BARCA vs. JUVE | | | | | | | | | | | | (1,000,000) |
| CHELSEA vs BARCA | | | | | | | | | | | | (1,000,000) |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| **Appearance Fee Total** | - | - | - | - | - | - | - | - | - | - | - | (4,100,000) |

ChampionsWorld LLC
Estimated Cash Flow Analysis With Out US Federation Fees for 2005
YE: 12/31/05
SCENARIO A
**DRAFT**

| Month | 9/3/2005 | 9/17/2005 | 10/1/2005 | 10/16/2005 | 10/29/2005 | 11/5/2005 | 11/19/2005 | 12/3/2005 | 12/17/2005 | 12/31/2005 | 3/31/2006 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Match Travel Expense** | | | | | | | | | | | | |
| ENG vs ITA | | | | | | | | | | | | (300,000) |
| | | | | | | | | | | | | - |
| JUVE vs CHELSEA | | | | | | | | | | | | (260,000) |
| BARCA vs. JUVE | | | | | | | | | | | | (260,000) |
| CHELSEA vs BARCA | | | | | | | | | | | | (260,000) |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| **Total Match Travel Expense** | - | - | - | - | - | - | - | - | - | - | - | (1,060,000) |
| **Hotels/Meals** | | | | | | | | | | | | |
| ENG vs ARG | | | | | | | | | | | | (160,000) |
| | | | | | | | | | | | | - |
| JUVE vs CHELSEA | | | | | | | | | | | | (96,000) |
| BARCA vs. JUVE | | | | | | | | | | | | (96,000) |
| CHELSEA vs BARCA | | | | | | | | | | | | (96,000) |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| **Total Hotels/Meals** | - | - | - | - | - | - | - | - | - | - | - | (448,000) |
| **Other Match Expenses** | | | | | | | | | | | | |
| Federation Fee | | | | | | | | | | | | (846,060) |
| Ground Transport | | | | | | | | | | | | (180,000) |
| TV Production | | | | | | | | | | | | - |
| Commissions | | | | | | | | | | | | (40,000) |
| Match Print Materials | | | | | | | | | | | | (40,000) |
| Field Board Production | | | | | | | | | | | | (44,000) |
| Event Staff | | | | | | | | | | | | (40,000) |
| Insurance | | | | | | | | | | | | (80,000) |
| Event Protocol | | | | | | | | | | | | (40,000) |
| Miscellaneous | | | | | | | | | | | | (87,303) |
| **Total Other Match Expenses** | - | - | - | - | - | - | - | - | - | - | - | (1,397,363) |
| **Total Event Expenses** | - | - | - | - | - | - | - | - | - | - | - | (6,995,363) |
| **Revenue splits** | | | | | | | | | | | | |
| England | | | | | | | | | | | | - |
| **Total Revenue Splits** | - | - | - | - | - | - | - | - | - | - | - | - |

Revised
12/02/04
5

ChampionsWorld LLC
Estimated Cash Flow Analysis With Out US Federation Fees for 2005
YE: 12/31/05
SCENARIO A

**DRAFT**

| Month | 9/3/2005 | 9/17/2005 | 10/1/2005 | 10/16/2005 | 10/29/2005 | 11/5/2006 | 11/19/2006 | 12/3/2006 | 12/17/2006 | 12/31/2006 | 3/31/2006 | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Other Expense** | | | | | | | | | | | | |
| | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| Accounting | | (20,000) | | | | | (10,000) | | | | | (90,000) |
| Travel & Hotels | | | | | | | | | | | | - |
| Legal Expense | | | | | | | | | | | | - |
| | | | | | | | | | | | | - |
| Total Other Expenses | - | (20,000) | - | - | - | - | (10,000) | - | - | - | - | (90,000) |
| G&A Overhead Expenses | - | (61,304) | (61,304) | (61,304) | (61,304) | - | (61,304) | (61,304) | (61,304) | (61,304) | - | (1,410,000) |
| Canadian tax Withheld | - | - | - | - | - | - | - | - | - | - | - | (876,000) |
| Accrued Interest | | | | | | | | | | | | - |
| Interim funding | | | | | | | | | | | | - |
| Member Loan Pymts | | | | | | | | | | | | - |
| Total Cash Out | - | (81,304) | (61,304) | (61,304) | (61,304) | - | (71,304) | (61,304) | (61,304) | (61,304) | - | (9,371,363) |
| Net Cash Flow | (149,918) | (231,223) | (292,527) | (353,831) | (416,136) | (416,136) | (486,440) | (647,744) | (609,049) | (350,363) | 626,647 | 626,647 |

ChampionsWorld LLC
Event Revenue Analysis
2005
SCENARIO A
**DRAFT**

| Event Revenue | | | | | |
|---|---|---|---|---|---|
| Period | 5/31/2005 | 7/23/2005 | 7/24/2005 | 7/26/2005 | 2005 |
| Teams | ENG. VS ITALY | NA Club #1 | NA Club #2 | NA Club #3 | TOTAL |
| Event | INTL. FRIENDLY | JUVE V. CHELSEA | BARCA V. JUVE | CHELSEA V. BARCA | |
| Venue | GIANTS STADIUM | GIANTS STADIUM | SKYDOME | OLYMPIC | |
| City | NEW YORK | NEW YORK | TORONTO | MONTREAL | |
| Max. Attendance | 79,000 | 79,000 | 47,000 | 55,000 | |
| Average Ticket | $60.00 | $60.00 | $73.00 | $73.00 | |
| Capacity % | 63% | 51% | 85% | 73% | |
| Projected Attendance | 50,000 | 40,000 | 40,000 | 40,000 | |
| | | | | | |
| **REVENUE** | | | | | |
| Gross ticket revenue | 3,000,000 | 2,400,000 | 2,920,000 | 2,920,000 | 11,240,000 |
| less sales/service tax | (180,000) | (144,000) | (496,400) | (496,400) | (1,316,800) |
| Net ticket revenue | 2,820,000 | 2,256,000 | 2,423,600 | 2,423,600 | 9,923,200 |
| | | | | | |
| Less holdback for: | | | | | |
| Stadium expense | 200,000.00 | 150,000.00 | 180,000.00 | 180,000.00 | 710,000.00 |
| Advertising | 75,000.00 | 75,000.00 | 75,000.00 | 75,000.00 | 300,000.00 |
| Field and Stadium Rent | 125,000.00 | 125,000.00 | 100,000.00 | 100,000.00 | 450,000.00 |
| Grass Installation | 150,000.00 | - | 50,000.00 | 50,000.00 | 250,000.00 |
| Hospitality | 15,000.00 | 15,000.00 | 15,000.00 | 15,000.00 | 60,000.00 |
| Other Stadium Exp | 6,250.00 | 6,250.00 | 6,250.00 | 6,250.00 | 25,000.00 |
| Practice fees | 6,800.00 | 6,800.00 | 6,800.00 | 6,800.00 | 27,200.00 |
| | | | | | |
| Total Stadium Expenses | 578,050.00 | 378,050.00 | 433,050.00 | 433,050.00 | 1,822,200.00 |
| | | | | | |
| Total Available Stadium Rev | 2,241,950.00 | 1,877,950.00 | 1,990,550.00 | 1,990,550.00 | 8,101,000.00 |

Revised
12/02/04