**CHAMPIONS WORLD, LLC**
**SUMMARY OF CASH ACCOUNTS**
**POST CONFIRMATION REPORTS**
**FOR THE PERIOD APRIL 1 THROUGH JUNE 30, 2006**

| BANK ACCOUNT | OPENING BALANCE | RECEIPTS | DISBURSEMENTS | ENDING BALANCE |
|---|---|---|---|---|
| Wachovia - 2926 | 2,289.32 | | 2,289.32 | 0.00 |
| JP Morgan Chase - 1945-1 | 34,824.35 | 130,254.32 | 26,662.03 | 138,416.64 |
| Sub-Totals | 37,113.67 | 130,254.32 | 28,951.35 | 138,416.64 |
| Less Inter-Account Transfers | | (2,254.32) | (2,254.32) | 0.00 |
| Totals | 37,113.67 | 128,000.00 | 26,697.03 | 138,416.64 |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
POST-CONFIRMATION QUARTERLY SUMMARY REPORT

**This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.**

Debtor's Name: Champions World, LLC       Bank: Wachovia

Bankruptcy Number: 05-11194 MS            Account Number: 2000011472926

Date of Confirmation: March 8, 2006       Account Type: Checking

Reporting Period (month/year):   April 2006 to June 2006

Beginning Cash Balance:                                    2,289.32

All receipts received by the debtor:

Cash Sales:
Transfers
Collection of Accounts Receivable:
Other
Proceeds from Litigation (settlement or otherwise):

Sale of Debtor's Assets:

Capital Infusion pursuant to the Plan:

Total of cash received:                                         -

Total of cash available:                                   2,289.32

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative
    claims of bankruptcy professionals:

Disbursements made pursuant to the administrative claims of
    bankruptcy professionals:

All other disbursements made in the ordinary
    course: (bank charges)                                    35.00
Transfers                                                  2,254.32
Total Disbursements                                        2,289.32

Ending Cash Balance                                             -

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date: 2/5/08                Name/Title: [signature] Ted Kraus
Debtor:   Champions World, LLC            Plan Administrator

**CHAMPIONS WORLD, LLC**
**CASH DISBURSEMENTS FOR OPERATING**
**APRIL 1 THROUGH JUNE 30, 2006**

| Date | Type | Payee | Amount |
|---|---|---|---|
| 04/09/06 | EFT | Wachovia Bank | 35.00 |
| 05/08/06 | TRN | Champion's World LLC | 2,254.32 |
| | | Total | 2,289.32 |

OFFICE OF THE UNITED STATES TRUSTEE - REGION 3
**POST-CONFIRMATION QUARTERLY SUMMARY REPORT**

This Report is to be submitted for all bank accounts that are presently maintained by the post confirmation debtor.

Debtor's Name: Champions World, LLC      Bank: JP Morgan Chase

Bankruptcy Number: 05-11194 MS      Account Number: 1945-1

Date of Confirmation: March 8, 2006      Account Type: Checking

Reporting Period (month/year):      April 2006 to June 2006

Beginning Cash Balance:      34,824.35

All receipts received by the debtor:
Interest Income
Cash Sales:
Transfers      2,254.32
Collection of Accounts Receivable:
Other Income
Proceeds from Litigation (settlement or otherwise):      128,000.00

Sale of Debtor's Assets:

Capital Infusion pursuant to the Plan:

Total of cash received:      130,254.32

Total of cash available:      165,078.67

Less all disbursements or payments (including payments made under the confirmed plan) made by the Debtor:

Disbursements made under the plan, excluding the administrative claims of bankruptcy professionals:

Disbursements made pursuant to the administrative claims of bankruptcy professionals:      26,662.03

All other disbursements made in the ordinary course:
Transfers
Total Disbursements      26,662.03

Ending Cash Balance      138,416.64

Pursuant to 28 U.S.C. Section 1746(2), I hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Date 2/5/08      Name/Title: [signature] Plan Administrator
Debtor: Champions World, LLC

**CHAMPIONS WORLD, LLC**
**CASH DISBURSEMENTS FOR ESCROW**
**APRIL 1 THROUGH JUNE 30, 2006**

| Date | Check # | Payee | Amount |
|---|---|---|---|
| 05/31/06 | 2019 | Porzio, Bromberg & Newman | 11,908.30 |
| 05/31/06 | 2020 | Stetz, Belgiovine & Manwarren PC | 3,229.25 |
| 06/13/06 | 2031 | Bederson & Co LLP | 11,524.48 |
| | | Total | 26,662.03 |

JMC 1945-1

CHAMPIONS WORLD

| # | Date | Description | D | C | Balance |
|---|------|-------------|---|---|---------|
| | 2005 | | | | |
| 1 | 1/2 | Balance Forward | | | 150,925.02 |
| 2 | 12/2 | CK #1992 - FHE - Fees per order 12/20/05 | 145,252.64 | | 5,672.43 |
| 3 | 12/27 | | | | 5,672.43 |
| 4 | 12/28 | Deposit - Four Seasons Hotel - Settlement Preference Demand | | 100,000.00 | 105,672.43 |
| | 2006 | | | | |
| 5 | 1/27 | Deposit - Aramark - A/R | | 3,686.5 | 109,441.08 |
| 6 | 1/27 | Deposit - Wire in AC Milan Settlement Proceeds (Italy) | | 120,000.00 | 179,441.08 |
| 7 | 2/2 | CK #1997 - US Trustee - 3 Rd Qt 2005 | 125,000 | | 166,691.08 |
| 8 | 3/1 | Deposit - Wire in Lonsdale Travel - Settlement Proceeds (Child Pending Court Approval) | | 6,998,000 | 185,169.08 |
| 9 | 3/14 | CK #1998 - Paychex - Prep - 2005 W-2's per fax 3/13/06 | 175.00 | | 184,994.08 |
| 10 | 3/31 | CK #2004 - Giorgio Chinaglia - Bean Dist. - per Bean Admin Board 6 | 425,000 | | 199,324.60 |
| 11 | 3/31 | CK #2005 - Lino Di Cuollo  " | 491,012 | | 174,313.9 |
| 12 | 3/31 | CK #2006 - Frank Campagna   " | 348,500 | | 142,305.9 |
| 13 | 3/31 | CK #2007 - Timothy Kassell   " | 400,000 | | 142,305.9 |
| 14 | 3/31 | CK #2008 - Jonathan Heiman   " | 393,374 | | 166,316.6 |
| 15 | 3/31 | CK #2009 - Charles V. Stillitano   " | 741,234 | | 151,033.2 |
| 16 | 3/31 | CK #2010 - Charles V. Stillitano   " | 294,410 | | 158,074.3 |
| 17 | 3/31 | CK #2011 - IRS   " | 5,550 | | 158,543.88 |
| 18 | 3/31 | CK #2012 - JENI LLC   " | 408,150 | | 154,215.78 |
| 19 | 3/31 | CK #2013 - FHE - Fees   " | 604,134.74 | | 147,619.74 |
| 20 | 3/31 | CK #2014 - Porzio Bromberg & Newman - Fees | 327,582.21 | | 313,825.50 |
| 21 | 3/31 | CK #2015 - Bederson & Company - Fees | 158,020.93 | | 394,262.7 |
| 22 | 3/31 | CK #2016 - Stetz Belgovine & Mannarren - Fees | 150.88 | | 375,283.35 |
| 23 | 3/31 | CK #2017 - State of NJ "Part" - APR for extension of close 2005 in 13y - 131 - per bo | 270,000 | | 346,809.35 |
| 24 | 4/28 | Deposit - Tribeagency - Pre-Settlement | | 8,000.00 | 498,809.35 |
| 25 | 5/8 | Deposit - Close out DIP Acct (bank K) | | 31,343.2 | 450,150.67 |
| 26 | 5/8 | Deposit - Wire in - Celtic - Settlement Preference | | 130,000.00 | 165,019.67 |
| 27 | 6/12 | CK #2019 - Parzio Bromberg & Newman - per Order 5/15/06 | 119,820 | | 153,119.67 |
| 28 | 5/31 | CK #2020 - Stetz Belgovine Mannarren per 8/15/06 | 339.25 | | 149,994.42 |
| 29 | 6/12 | CK #2031 - Bederson & Co. per Order 5/14/06 | 13,514.48 | | 130,471.64 |

**Champions World, LLC**
Case Number: 05-11194 MS
Date of Confirmation: March 8, 2006

| Assets | QUARTER June 2006 | QUARTER March 2006 |
|---|---|---|
| Cash (Unrestricted) | 138,417 | 37,114 |
| Cash (Restricted) | | |
| Accounts Receivable (Net) | | |
| Inventory | | |
| Notes Receivable | | |
| Prepaid Expenses | | |
| Other (Attach List) | | |
| *Total Current Assets* | 138,417 | 37,114 |
| **Property, Plant & Equipment** | | |
| Real Property & Improvements | | |
| Machinery & Equipment | | |
| Furniture, Fixtures & Office Equipment | | |
| Vehicles | | |
| Leasehold Improvements | | |
| Less: Accumulated Deprec/Depletion | | |
| *Total Property, Plant & Equipment* | | |
| Due from Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Assets* | 138,417 | 37,114 |
| **Liabilities Not Subject to Compromise (Postpetition Liabilities)** | | |
| Accounts Payable | 35,998 | 35,998 |
| Taxes Payable | | |
| Wages Payable | | |
| Notes Payable | | |
| Professional Fees | 40,552 | 46,551 |
| Secured Debt | | |
| Due to Affiliates & Insiders | | |
| Other (Attach List) | | |
| *Total Postpetition Liabilities* | 76,550 | 82,549 |
| **Liabilities Subject to Compromise (Prepetition Liabilities)** | | |
| Secured Debt - Per Plan | | |
| Priority Debt - Per Plan | 25,656 | 25,656 |
| Unsecured Debt - Per Plan | 6,884,430 | 6,884,430 |
| Other (Attach List) - Per Plan | | |
| Total Prepetition Liabilities | | |
| Total Liabilities | 6,986,635 | 6,992,635 |
| **Equity** | | |
| Common Stock | | |
| Retained Earnings (Deficit) | (6,848,219) | (6,955,521) |
| Total Equity (Deficit) | (6,848,219) | (6,955,521) |
| Total Liabilities & Owners' Equity | 138,417 | 37,114 |

Champions World, LLC  
Case Number: 05-11194 MS  

Date of Confirmation: March 8, 2006

|  | June 2006 | Mar-06 |
|---|---:|---:|
| **Postpetition Liabilities** | | |
| <u>Accounts Payable</u> | | |
| AT&T | 3,322 | 3,322 |
| Boys & Girls Club of America | 1,500 | 1,500 |
| Cingular Wireless | 2,327 | 2,327 |
| Dell Commercial Credit | 468 | 468 |
| DHL Express (USA) Inc. | 24 | 24 |
| Dish Network | 199 | 199 |
| Drew & Rogers, Inc. | 1,674 | 1,674 |
| Envelopemall.com | 1,822 | 1,822 |
| Horizon Blue Cross Blue Shield | 6,684 | 6,684 |
| Marketing Advertising Promotions Inc. | 96 | 96 |
| Nextel | 1,040 | 1,040 |
| North Jersey Tobacco | 23 | 23 |
| Peter Smith | 2,460 | 2,460 |
| Qwest | 54 | 54 |
| Sheraton Seattle | 1,000 | 1,000 |
| Sprint | 464 | 464 |
| The Westin Harbour Castle | 800 | 800 |
| Traphagen & Traphagen | 11,017 | 11,017 |
| Verizon | 101 | 101 |
| Worldwide Express | 13 | 13 |
| XO Communications | 909 | 909 |
|  | 35,998 | 35,998 |
|  | | |
| <u>Professional Fees</u> | | |
| Forman Holt & Eliades | 40,552 | 40,552 |
| Porzio, Bromberg & Newman | - | 6,000 |
|  | 40,552 | 46,551 |
|  | | |
| Total Postpetition Liabilities | 76,550 | 82,549 |