| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>MURANO & ROTH, LLC<br>690 Kinderkamack Road<br>Oradell, New Jersey 07649<br>201-265-3400<br><br>/s/ John F. Murano<br>John F. Murano\JM-8846<br>*Attorneys for Creditors Panther Investments, Inc. and Prince Turki Khalid* | FILED<br>James J. Waldron, Clerk<br><br>APR 29 2014<br><br>U.S. Bankruptcy Court, Newark NJ<br>BY: _____ Deputy |
| In Re:<br><br>CHAMPIONSWORLD, LLC<br>    Debtor | Case No.: 05-11194 (RG)<br><br>Chapter 11<br><br>Hearing Date: February 25, 2014<br><br>Judge: Gambardella |

**ORDER PARTIALLY DENYING MOTION TO REOPEN CHAPTER 11 BANKRUPTCY CASE, PARTLY GRANTING MOTION FOR THE LIMITED PURPOSES OF ALLOWING RELIEF FROM THE BARTON DOCTRINE, AND DENYING DEBTOR'S CROSS-MOTION FOR ENTRY OF AN ORDER DIRECTING THAT USSF SETTLEMENT FUNDS BE PLACED IN ESCROW**

The relief set forth on the following two (2) pages is hereby **ORDERED**;

4-29-14          [signature] USBJ

(Page 2)
Debtor:            **CHAMPIONSWORLD, LLC**
Case No.:          **05-11194 (RG)**
Caption of Order:  **ORDER PARTIALLY DENYING MOTION TO REOPEN CHAPTER 11 BANKRUPTCY CASE, PARTLY GRANTING MOTION FOR THE LIMITED PURPOSES OF ALLOWING RELIEF FROM THE BARTON DOCTRINE, AND DENYING DEBTOR'S CROSS-MOTION FOR ENTRY OF AN ORDER DIRECTING THAT USSF SETTLEMENT FUNDS BE PLACED IN ESCROW**

As set forth upon the record in a decision by this Court on Friday, March 28, 2014, the findings of fact and conclusions of law expressed therein being incorporated herein by reference, it is

ORDERED that the portion of the Motion to reopen the Debtor's bankruptcy case to resolve a dispute regarding the disposition of the USSF settlement funds is hereby denied based on lack of subject matter jurisdiction

ORDERED that the portion of the Motion seeking to reopen the Debtor's bankruptcy case and seeking relief from the Barton Doctrine to allow Movants to proceed against the plan administrator and disbursing agent, Timothy Kassel, in a non-bankruptcy forum subject to any defenses or immunities is hereby granted, and it is further

(Page 3)
Debtor:             **CHAMPIONSWORLD, LLC**
Case No.:           **05-11194 (RG)**
Caption of Order:   **ORDER PARTIALLY DENYING MOTION TO REOPEN CHAPTER 11 BANKRUPTCY CASE, PARTLY GRANTING MOTION FOR THE LIMITED PURPOSES OF ALLOWING RELIEF FROM THE BARTON DOCTRINE, AND DENYING DEBTOR'S CROSS-MOTION FOR ENTRY OF AN ORDER DIRECTING THAT USSF SETTLEMENT FUNDS BE PLACED IN ESCROW**

ORDERED that having allowed such relief, the bankruptcy case shall immediately be reclosed, and it is further

ORDERED that Debtor's Cross-Motion for entry of an order directing that USSF settlement funds be placed in escrow with Debtor's attorney, and Debtor's request for declaratory relief, are hereby denied as moot.